UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIN HUMA, | Case No. 13-CV-2731-RS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| ROBIN BARRETT, DIRECTOR, SAN FRANCISCO FIELD OFFICE; ROSEMARY LANGLEY MELVILLE, UNITED STATES CITIZENSIHP AND IMMIGRATION SERVICES; ALEJANDRO MAYORKAS, DIRECTOR, USCIS; JANET NAPOLITANO, SECRETARY OF HOMELAND SECURITY; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; | |
| Defendants. | |

[~~Proposed~~] Order

Pursuant to the parties' Stipulated Motion to Remand, it is SO ORDERED.

Dated: 8/14/13

_____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

1